UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAVON TURNER, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

WESTCHESTER HARVESTING COMPANY, LLC,

Defendant,

1:24-cv-8056

**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)**

Plaintiff, Tavon Turner ("Plaintiff"), by and through his undersigned counsel, hereby provides notice, pursuant to Rule 41(a)(1)(A) (i) of the Federal Rules of Civil Procedure, that he is voluntarily dismissing the above action without prejudice.

Dated: New York, New York
April 28, 2026

**JOSEPH & NORINSBERG, LLC**

By: */s/ Robert Schonfeld*

Robert Schonfeld, Esq.
Jon L. Norinsberg, Esq.
825 Third Avenue, Suite 2100
New York, New York 10022
Tel: (212) 227-5700
Rschonfeld@employeejustice.com
jon@norinsberglaw.com
*Attorneys for Plaintiff*